BANKERS TRUST COMPANY et al., as Executors of EDGAR L. MARSTON, Deceased, Appellants, *v.* JOHN B. DENNIS, Respondent.

Argued January 18, 1940; decided February 27, 1940.

*J. Adam Murphy, Theodore L. Bailey, Arthur E. Muller* and *William Killoran* for appellants.

*Nathan L. Miller, Edward C. Bailly, Edward J. Bennett* and *Francis B. Delehanty, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.